souri Rule of Criminal Procedure 30.25(b) (2015).

**STATE of Missouri, Respondent,**

**v.**

**Quintin GREER, Appellant.**

**ED 101893**

Missouri Court of Appeals,
Eastern District,
***DIVISION TWO***.

Filed: August 11, 2015

Ellen H. Flottman, 1000 W. Nifong, Bld. 7, Suite 100, Columbia, MO 65203, for appellant.

Chris Koster, Rachel S. Flaster, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## *ORDER*

PER CURIAM.

Quintin Greer appeals the judgment entered upon his conviction for attempted statutory sodomy. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).